UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 42 Ventures, LLC., <br><br> Plaintiff, <br> vs. <br> Patrick Rend, et al., <br><br> Defendants. | Case No.: 1:20-cv-228-DKW-WRP <br> (Trademark) <br><br> ENTRY OF DEFAULT OF DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM AND FAHD ALI |

ENTRY OF DEFAULT OF DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM AND FAHD ALI

It appearing that the First Amended Complaint was filed in this case on May 29, 2020; that the Summons and First Amended Complaint were duly served upon Defendant Vinit Mav on June 18, 2020, Defendant He Shan on June 19, 2020, Defendant Hosam Azzam on June 18, 2020, and Defendant Fahd Ali on June 19, 2020, and no answer or other pleading has been filed by said Defendants as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendants Vinit Mav, He Shan, Hosam Azzam, and Fahd Ali as provided in Rule 55(a), Federal Rules of Civil Procedure.

Clerk, MICHELLE RYNNE, CLERK

Deputy Clerk, /s/ EA, Deputy Clerk

Dated: Honolulu, Hawaii, July 14, 2020

42 Ventures, LLC v. Patrick Rend, et al.,
Case No.: 1:20-cv-00228-DKW-WRP, ENTRY OF DEFAULT OF
DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM AND FAHD ALI