AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| 42 VENTURES, LLC | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 20-00228 DKW-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| PATRICK REND aka IVAN PETROVIC, PATRICK PETROV, VINIT MAV, HE SHAN, HOSAM AZZAM, FAHD ALI and DOES 1-10 | October 23, 2020 At 2 o'clock and 45 min p.m. MICHELLE RYNNE, CLERK |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Stipulated Consent Judgment Between Plaintiff and Defendant Patrick Petrov", ECF No. 14, filed June 10, 2020, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment", ECF No. 27, filed on October 2, 2020 and the "Order Overruling Plaintiff's Objections and Adopting the Magistrate Judge's Findings and Recommendations", ECF No. 29, filed on October 23, 2020. It is ordered that this action is dismissed as to all remaining defendants.

| October 23, 2020 | MICHELLE RYNNE |
|---|---|
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |