UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 42 Ventures, LLC., <br><br> Plaintiff, <br> vs. <br><br> Vinit Mav, et al., <br><br> Defendants. | **Case No.: 1:20-cv-228-DKW-WRP** <br> (Trademark) <br><br> ENTRY OF DEFAULT OF DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM ~~AND FAHD ALI~~ |

ENTRY OF DEFAULT OF DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM ~~AND FAHD ALI~~

It appearing that the Second Amended Complaint was filed in this case on Jan 26, 2022; that the Second Amended Complaint was duly served upon Defendants on Jan. 26, 2022, and no answer or other pleading has been filed by said Defendants as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendants Vinit Mav, He Shan, Hosam Azzam, ~~and Fahd Ali~~ as provided in Rule 55(a), Federal Rules of Civil Procedure.

Clerk, ____Michelle Rynne, Clerk____.

1

Deputy Clerk, /s/ EA, Deputy Clerk

Dated: Honolulu, Hawaii, February 23, 2022.

42 Ventures, LLC v. Vinit Mav, et al.,
Case No.: 1:20-cv-00228-DKW-WRP, ENTRY OF DEFAULT OF DEFENDANTS VINIT MAV, HE SHAN, HOSAM AZZAM ~~AND FAHD ALI~~