IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| 42 VENTURES, LLC, | ) | CV 20-00228 DKW-WRP |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |
| VINIT MAV; HE SHAN; HOSAM AZZAM; FADH ALI, | ) ) ) | |
| Defendants. | ) ) ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on June 15, 2022 and served on all parties on June 16, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment", ECF No. 56, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: July 1, 2022 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge